UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF TENNESSEE

| | | |
|---|---|---|
| DEVIN D. BROWN, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | No.: 3:20-CV-9-TAV-HBG |
| | ) | |
| ANDERSON COUNTY, TN, | ) | |
| SOUTHERN HEALTH PARTNERS, | ) | |
| STATE OF TENNESSEE, | ) | |
| SHERIFF BARKER, | ) | |
| CHIEF PARKER, | ) | |
| CAPTAIN VOWELL, | ) | |
| LT. FENTON, | ) | |
| SGT. HARTSFIELD, | ) | |
| CORPORAL ROBERTS, | ) | |
| DEPUTY ALLEN, | ) | |
| NURSE MATTHEWS, and | ) | |
| NURSE HUDSON, | ) | |
| | ) | |
| Defendants. | ) | |

## **JUDGMENT ORDER**

For the reasons set forth in the memorandum opinion filed herewith, it is **ORDERED** and **ADJUDGED** that this prisoner's pro se civil rights action, filed under 42 U.S.C. § 1983, is **DISMISSED** for failure to state a claim upon which relief may be granted. 28 U.S.C. §§ 1915(e)(2)(B)(ii), 1915A(b)(1).

Because the Court **CERTIFIED** in the memorandum opinion that any appeal from this order would not be taken in good faith, should Plaintiff file a notice of appeal, he is **DENIED** leave to appeal *in forma pauperis*. *See* 28 U.S.C. § 1915(a)(3); Fed. R. App. P. 24.

The Clerk is **DIRECTED** to close the file.

**ENTER:**

s/ Thomas A. Varlan
UNITED STATES DISTRICT JUDGE

ENTERED AS A JUDGMENT

    s/ John L. Medearis
    CLERK OF COURT